UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tishawn Jermaine Edwards             Docket No. 4:18-CR-41-1D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tishawn Jermaine Edwards, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 26, 2020, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tishawn Jermaine Edwards was released from custody on January 14, 2022, at which time the term of supervised release commenced.

On July 5, 2022, a violation report was submitted to the court reporting drug use of cocaine. It was recommended no court action be taken and he be referred to a substance abuse assessment, the court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant attended a substance abuse assessment with Straight Walk Family Service. Following his assessment, it was determined that he could benefit from mental health treatment from a licensed professional. The defendant and probation officer both agree with this recommendation and believe that this additional treatment will assist him coping with life stressors.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: October 14, 2022

Tishawn Jermaine Edwards
Docket No. 4:18-CR-41-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __17__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge